UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—


FILED
FEB 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

MICHAEL GIANG

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:11-CR-00037 JAM

I, MICHAEL GIANG, the above named defendant, who is accused of conspiracy to commit mail fraud in violation of 18 U.S.C. §§ 1349 and 1341, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 8, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MICHAEL GIANG
Defendant

JOHN BALAZS
Counsel for Defendant

Before  GREGORY G. HOLLOWS

GREGORY G. HOLLOWS
UNITED STATES DISTRICT JUDGE