1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    CASE NO. 2:11-CR-0037 JAM
                                   )
12              Plaintiff,         )
                                   )
13     v.                          )    STIPULATION AND
                                   )    ORDER TO EXCLUDE TIME
14  MICHAEL GIANG                  )
                                   )
15                                 )
               Defendant.          )
16  _____)

17

18      The parties request that the status conference in this case

19  be continued from April 12, 2011 to June 7, 2011 at 9:30 a.m.

20  They stipulate that the time between April 12, 2011 and June 7,

21  2011 should be excluded from the calculation of time under the

22  Speedy Trial Act.  The parties stipulate that the ends of justice

23  are served by the Court excluding such time, so that counsel for

24  the defendant may have reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.

26  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,

27  defense counsel needs additional time to review the discovery

28  provided by the government, to discuss that discovery with the

1

1  defendant and to perform investigation.  The parties stipulate

2  and agree that the interests of justice served by granting this

3  continuance outweigh the best interests of the public and the

4  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5

6                                    Respectfully Submitted,

7                                    BENJAMIN B. WAGNER
                                     United States Attorney
8

9
DATE: April 5, 2011           By:   /s/ Heiko P. Coppola
10                                   HEIKO P. COPPOLA
                                     Assistant U.S. Attorney
11

12
DATE: April 5, 2011                  /s/ John Balazs
13                                   JOHN BALAZS
                                     Attorney for Defendant
14

15                                   **SO ORDERED.**

16
DATE: 4/5/2011
17                                   /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
18                                   U.S. District Judge

19

20

21

22

23

24

25

26

27

28

                                     2