BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-0037 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| MICHAEL GIANG ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from June 7, 2011 to July 19, 2011 at 9:30 a.m. They stipulate that the time between June 7, 2011 and July 19, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery provided by the government, to discuss that discovery with the

1

defendant and to perform investigation.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: June 3, 2011        By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

DATE: June 3, 2011                 /s/ John Balazs
                                          JOHN BALAZS
                                          Attorney for Defendant

                                        **SO ORDERED.**

DATE: 6/3/2011

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        U.S. District Judge