JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL GIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL GIANG,<br><br>　　　　Defendant.<br>_____ | No. 11-CR-00037-JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: November 8, 2011<br>Time: 9:30 a.m.<br>Hon. John A. Mendez |

　　　　The parties jointly request that the status conference in this case be continued from September 20, 2011 to November 8, 2011 at 9:30 a.m.  They stipulate that the time between September 20, 2011 and November 8, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery provided by the government, to discuss that discovery with the defendant and to perform investigation. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                    Respectfully submitted,

DATE: September 15, 2011       /s/ John Balazs
                                     JOHN BALAZS

                                     Attorney for Defendant
                                     MICHAEL GIANG

DATE: September 15, 2011      BENJAMIN B. WAGNER
                                     United States Attorney

                         By:   /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney

                                   **ORDER**

    IT IS SO ORDERED.

DATE: 9/15/2011

                                     /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     U.S. District Judge