JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL GIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-00037-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | AND EXCLUDE TIME |
| ) | |
| MICHAEL GIANG, ) | |
| ) | Date: March 6, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Hon. John A. Mendez |

The parties jointly request that the status conference in this case be continued from January 10, 2012 to **March 6, 2012 at 9:30 a.m.** They stipulate that the time between January 10, 2012 and March 6, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery provided by the government, to discuss that discovery with the defendant, and to finalize a plea agreement with the government. Moreover, defense counsel has oral argument scheduled in San Francisco in the Ninth Circuit Court of Apeals on the date of the currently-scheduled status conference, January 10, 2012. For these

1  reasons, the parties stipulate and agree that the interests of justice served by granting this
2  continuance outweigh the best interests of the public and the defendant in a speedy trial.
3  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

DATE: January 4, 2012         /s/ John Balazs
                                      JOHN BALAZS

                                      Attorney for Defendant
                                      MICHAEL GIANG

DATE: January 4, 2012         BENJAMIN B. WAGNER
                                      United States Attorney

                          By:     /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

                                       **ORDER**

      IT IS SO ORDERED.

DATE: 1/4/2012

                                        /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      U.S. District Court Judge