JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL GIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL GIANG, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 11-CR-00037-JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME <br><br> Date: May 15, 2012 <br> Time: 9:30 a.m. <br> Hon. John A. Mendez |

The parties jointly request that the status conference in this case be continued from March 6, 2012 to **May 15, 2012 at 9:30 a.m.** They stipulate that the time between March 6, 2012 and May 15, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review and analyze discovery provided by the government, to discuss that discovery with the defendant, and to finalize a plea agreement with the government. Moreover, defense counsel, among other things, will be out of town for about a week in March and has a 2-week jury trial set before U.S. District Judge Kimberly J. Mueller on

April 16, 2012.  For these reasons, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

DATE: February 29, 2012        /s/ John Balazs
                                      JOHN BALAZS

                                      Attorney for Defendant
                                      MICHAEL GIANG

DATE: February 29, 2012        BENJAMIN B. WAGNER
                                      United States Attorney

                           By:    /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

                                        **ORDER**

     IT IS SO ORDERED.

DATE:  2/29/2012

                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      U.S. District Court Judge