JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MICHAEL GIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 11-CR-00037-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) | |
| MICHAEL GIANG, | ) | |
| Defendant. | ) | Date: August 7, 2012<br>Time: 9:45 a.m.<br>Hon. John A. Mendez |

The parties jointly request that the status conference in this case be continued from July 17, 2012 to **August 7, 2012 at 9:45 a.m.**  They stipulate that the time between July 17, 2012 and August 7, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to review and analyze documents provided by the government, to consult with the defendant, and to finalize a plea agreement with the government.  Moreover, defense counsel has oral argument in a Ninth Circuit appeal on July 17, 2012, at 9:00 a.m.  For these reasons, the parties stipulate and agree that the interests of justice served by granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DATE: July 11, 2012                 /s/ John Balazs
                                    JOHN BALAZS

                                    Attorney for Defendant
                                    MICHAEL GIANG


DATE: July 11, 2012                 BENJAMIN B. WAGNER
                                    United States Attorney

                          By:       /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATE: 7/11/2012

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    U.S. District Court Judge